| | |
|---|---|
| 1 | Teresa C. Chow (SBN 237694) |
| | **BAKER & HOSTETLER LLP** |
| 2 | 11601 Wilshire Boulevard, Suite 1400 |
| | Los Angeles, CA 90025-0509 |
| 3 | Telephone:     310.820.8800 |
| | Facsimile:      310.820.8859 |
| 4 | Email: tchow@bakerlaw.com |

*Attorneys for Defendant*
LAKEVIEW LOAN SERVICING, LLC

Jonathan M. Lebe (SBN 284605)
*Jon@lebelaw.com*
Nicolas W. Tomas (SBN 339752)
*Nicolas@lebelaw.com*
**LEBE LAW, APLC**
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Telephone: (213) 444-1973

*Attorneys for Plaintiff*
CINDY VILLANUEVA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY VILLANUEVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendant. | Case No.: 3:22-cv-02607-LB<br><br>**STIPULATION TO TRANSFER VENUE**<br><br>[*Filed Concurrently with (Proposed) Order*]<br><br>Action Filed:       April 28, 2022 |

Pursuant to 28 U.S.C. § 1404(a) and Northern District of California Civil Local Rule ("LR") 7-12, Plaintiff CINDY VILLANUEVA ("Plaintiff") and Defendant LAKEVIEW LOAN SERVICING, LLC ("Lakeview," and together with Plaintiff, the "Parties") hereby enter into this Stipulation to Transfer Venue to the United States District Court for the Southern District of Florida ("Stipulation"), subject to Court approval, in light of the following facts:

1. On April 28, 2022, Plaintiff filed this action, asserting claims for negligence, breach of contract, breach of implied contract, violation of the California Consumer Privacy Act, violation of the California Customer Records Act, violation of the right to privacy, and violation of the Unfair Competition Law, related to Lakeview's alleged failure to secure Plaintiff's and Class members' personally identifiable information, resulting in a data security incident.

2. Ten putative class actions are currently pending in the Southern District of Florida and have been consolidated into a single proceeding: *Morrill v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20955-DPG ("*Morrill*"); *Rivera, et al. v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20968-KMM; *McMahon v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20978-RNS; *Guarino v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20981-CMA; *Thomas v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-20984-KMM; *Kunz v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21003-MGC; *Johnie Kimbrough v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21044-JEM; *Myers v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21054-DPG; *Riley v. Lakeview Loan Servicing, LLC*, Case No. 0:22-cv-60833; and *Stone v. Lakeview Loan Servicing, LLC*, Case No. 1:22-cv-21094-JAL (collectively, the "Related Florida Actions").

3. The Related Florida Actions raise factual and legal issues substantially identical to those raised in this action, against the same defendant, and have been consolidated. *Morrill*, Dkt. 19.

4. Counsel for the Parties have conferred and agree that, under the circumstances, transfer of this action to the Southern District of Florida is appropriate, in the interests of justice, and will promote the convenience of the parties and witnesses.

5. Accordingly, under 28 U.S.C. § 1404(a) and LR 7-12, the Parties hereby stipulate, subject to Court approval, that this action should be transferred to the Southern District of Florida

for consolidation with the Florida Related Actions collectively captioned *In re Lakeview Loan Servicing Data Breach Litigation*, Case No. 1:22-cv-20955-DPG (S.D. Fla.).

Respectfully submitted,

May 17, 2022                **BAKER & HOSTETLER LLP**

By:   */s/Teresa C. Chow*
      Teresa C. Chow

Attorneys for Defendant
LAKEVIEW LOAN SERVICING, LLC

May 17, 2022                **LEBE LAW, APLC**

By:   */s/Jonathan M. Lebe*
      Jonathan M. Lebe

Attorneys for Plaintiff
CINDY VILLANUEVA

**LR 5-1(h)(3) ATTESTATION**

The other signatory listed, Jonathan M. Lebe, on whose behalf Stipulation is submitted, has concurred in the Stipulation's content and has authorized its filing.

>  /s/Teresa C. Chow
>  Teresa C. Chow