# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:22−cv−02607−LB

Villanueva v. Lakeview Loan Servicing LLC  
Assigned to: Magistrate Judge Laurel Beeler  
Cause: 28:1332 Diversity−Breach of Contract

Date Filed: 04/28/2022  
Date Terminated: 05/17/2022  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Cindy J. Villanueva**  
*individually and on behalf of all others similarly situated*

represented by **Jonathan Michael Lebe**  
Lebe Law, APLC  
777 S. Alameda Street, Second Floor  
Los Angeles, CA 90021  
(213) 444−1973  
Email: jon@lebelaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Nicolas W. Tomas**  
Lebe Law, APLC  
777 S. Alameda Street, Second Floor  
Los Angeles, CA 90021  
(213) 444−1973  
Email: nicolas@lebelaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lakeview Loan Servicing LLC**

represented by **Teresa Carey Chow**  
Baker & Hostetler LLP  
11601 Wilshire Boulevard, Suite 1400  
Los Angeles, CA 90025−0509  
(310) 820−8800  
Fax: (310) 820−8859  
Email: tchow@bakerlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/28/2022 | Ï 1 | CLASS ACTION COMPLAINT; Demand for Jury Trial against Lakeview Loan Servicing LLC (Filing fee $ 402.00, receipt number ACANDC−17130322.). Filed by Cindy J. Villanueva. (Tomas, Nicolas) (Filed on 4/28/2022) Modified on 5/2/2022 (gba, COURT STAFF). (Entered: 04/28/2022) |
| 04/28/2022 | Ï 2 | |

| | | |
|---|---|---|
| | | Proposed Summons. (Tomas, Nicolas) (Filed on 4/28/2022) (Entered: 04/28/2022) |
| 04/28/2022 | Ï | ***PLEASE DISREGARD THIS ERROR NOTICE*** See Civil Cover Sheet on Document 1, Page 38***<br><br>Electronic filing error. **Civil Cover Sheet missing.** No judge assignment will be made until the document is e−filed. Submit your document using Civil Events > Other Filings > Other Documents > Civil Cover Sheet. This filing will not be processed by the clerks office. Re: 1 Complaint filed by Cindy J. Villanueva. (jlg, COURT STAFF) (Filed on 4/28/2022) Modified on 4/28/2022 (jlg, COURT STAFF). (Entered: 04/28/2022) |
| 04/28/2022 | Ï 3 | Civil Cover Sheet by Cindy J. Villanueva . (Tomas, Nicolas) (Filed on 4/28/2022) (Entered: 04/28/2022) |
| 04/29/2022 | Ï 4 | Case assigned to Magistrate Judge Laurel Beeler.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 5/13/2022. (mbc, COURT STAFF) (Filed on 4/29/2022) (Entered: 04/29/2022) |
| 05/02/2022 | Ï 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 7/21/2022. Initial Case Management Conference set for 7/28/2022 11:00 AM in San Francisco, Courtroom B, 15th Floor. (gba, COURT STAFF) (Filed on 5/2/2022) (Entered: 05/02/2022)** |
| 05/02/2022 | Ï 6 | Summons Issued as to Lakeview Loan Servicing LLC. (gba, COURT STAFF) (Filed on 5/2/2022) (Entered: 05/02/2022) |
| 05/13/2022 | Ï 7 | CLERKS NOTICE SETTING ZOOM HEARING. Initial Case Management Conference set for **7/28/2022 at 9:30 AM** in San Francisco – Videoconference Only. **This proceeding will be held via a Zoom webinar**.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/lb<br><br>**General Order 58.** Persons granted access to court proceedings hel d by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/. |

| | | |
|---|---|---|
| | | *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ejk, COURT STAFF) (Filed on 5/1 3/2022) (Entered: 05/13/2022) |
| 05/17/2022 | Ï 8 | STIPULATION WITH PROPOSED ORDER *to Transfer Venue* filed by Lakeview Loan Servicing LLC. (Attachments: # 1 Proposed Order Approving Stipulation to Transfer Venue)(Chow, Teresa) (Filed on 5/17/2022) (Entered: 05/17/2022) |
| 05/17/2022 | Ï 9 | **Order by Magistrate Judge Laurel Beeler granting 8 Stipulation to Transfer Venue. (ejk, COURT STAFF) (Filed on 5/17/2022) (Entered: 05/17/2022)** |
| 05/18/2022 | Ï | Transferring case electronically to the Southern District of Florida. (gba, COURT STAFF) (Filed on 5/18/2022) (Entered: 05/18/2022) |